**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (DAYTON)**

| | | |
|---|---|---|
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, | : : : | Case No. 3:25-cv-00211 |
| Plaintiff, | : : | District Judge Walter H. Rice  Magistrate Judge Caroline H. Gentry |
| vs. | : : | |
| AARON MORRISON, *et al.*, | : : | |
| Defendants. | : | |

## NOTICE OF DEFICIENCY AND ORDER

This matter is before the Court upon a *sua sponte* review for compliance with Federal Rule of Civil Procedure 7.1(a)(2). Defendants have not filed diversity disclosure statements as required by that Rule. (*See also* Order, Doc. No. 8.) Defendants are each **ORDERED** to file such a statement no later than thirty days from the date of this Order. A sample "Diversity of Citizenship Disclosure Statement" is available on the Court's website.

**IT IS SO ORDERED.**

*s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge